AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Cynthia Robinson

JUDGMENT IN A CIVIL CASE

v.

Engel, et al

CASE NUMBER: CV-08-3010-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED This action is DISMISSED with prejudice for failing to state a claim upon which relief may be granted. See 28 U.S.C. 1915(e)(2)(B)(ii), (iii).

April 28, 2008                                     JAMES R. LARSEN
*Date*                                             *Clerk*
                                                   s/ Vikki Johnson
                                                   *(By) Deputy Clerk*
                                                   Vikki Johnson